IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:23-cv-00487-D-KS

| | |
|---|---|
| JEWELYN BATTLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DUKE ENERGY PROGRESS, LLC, ) | |
| ) | |
| Defendant. ) | |

This matter came before the Court on the motion of Defendant Duke Energy Progress, LLC ("DEP"), pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, for an extension the dispositive motions deadline set forth in the Scheduling Order entered on February 8, 2024 (D.E. 14). Plaintiff's counsel takes no position on the relief requested.

It appears to the Court that good cause has been shown and that the motion should be allowed.

IT IS, THEREFORE, ORDERED that the motion is GRANTED and that the time by which the parties must file potentially dispositive motions is hereby extended by thirty (30) days, through and including October 7, 2024.

SO ORDERED. This the **29** day of August, 2024.

                                                        _/s/ Dever_
                                                    JAMES C. DEVER III
                                                    United States District Judge